1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:15-CV-02484-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| KOHANBASH CENTURY PLAZA, LLC, et al., | |
| Defendants. | |

On October 3, 2017, the court ordered the parties to show cause why each party should not be sanctioned $250 for failing to jointly file a VDRP Completion Report as required under Local Rule 271(o). Plaintiff's counsel filed a response on October 26, 2017. ECF No. 20.

The court has reviewed counsel's response and determines he has not shown sanctions should not be imposed. Counsel explains "plaintiff did not generate a post-mediation status report . . . under a mistaken understanding that the document filed by the mediator satisfied the obligations to report the outcome of the settlement and as a result the follow up reminder for this matter was noted as completed." *Id.* at 2. Counsel further reports "[t]his error has been remedied and both staff and handling attorneys have been trained to not allow this to recur."

Local Rule 271(o)(1) states "the parties must jointly file the Parties' Joint VDRP Completion Report . . . " – it includes no provision stating the mediator's report will suffice.

1

1  While counsel's response reflects a disappointing lack of attention to detail and the rules of the

2  court, given his representation that practices have been corrected to prevent recurrence, the court

3  will discharge the order to show cause.  Counsel is cautioned however that a second failure to

4  comply with the rules will not be resolved with such leniency.

5            The order to show cause is DISCHARGED.  The stay in this case is lifted, and a

6  Status (Initial Scheduling) Conference is set for December 14, 2017 at 2:30 p.m.  The parties shall

7  submit, at least seven (7) days prior to the Status Conference, a Joint Status Report.

8  DATED:  November 8, 2017.

9

10

11                                                    _____
                                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28