# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No.: 2:15-cv-2484-KJM-EFB |
| Plaintiff, | **[PROPOSED] ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION** |
| v. | |
| **Kohanbash Century Plaza, LLC, et al.,** | Date: 7/8/20 |
| Defendants. | Time: 09:30 am |
| | Courtroom: 8 |

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Monica Saavedra is continued from 3/25/20 to 7/8/20 at 9:30 am in Courtroom 8, 501 I Street, Sacramento, CA 95814, CA .

IT IS SO ORDERED.

Dated: March 18, 2020.

_____
Hon. Edmund F Brennan
US MAGISTRATE JUDGE

(Proposed) Order on request to continue Debtor Exam