UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | ) Case No.: 2:15-cv-2484-KJM-EFB |
| Plaintiff, | ) **[PROPOSED]** **ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION** |
| v. | ) |
| **Kohanbash Century Plaza, LLC,** | ) Date: 10/7/20 |
| Defendants. | ) Time: 09:30 am |
| | ) Courtroom: 8 |

**ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Monica Saavedra is continued from 7/8/20 to 10/7/20 at 9:30 am in Courtroom 8, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: July 1, 2020

_____
Hon. Edmund F Brennan
US MAGISTRATE JUDGE

(Proposed) Order on request to continue Debtor Exam